IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN DIFELICIANTONIO,        )
                             )  Civil Action
          Plaintiff          )  No.  2005-CV-05802
                             )
     vs.                     )
                             )
JOANNE B. BARNHART,          )
Commissioner of Social Security, )
                             )
     Defendant[1]            )

O R D E R

NOW, this 3rd day of May, 2007, upon consideration of

Plaintiff's Motion for Summary Judgment filed April 28, 2006;

upon consideration of the Motion for Summary Judgment filed on

behalf of defendant July 21, 2006; upon consideration of the

Report and Recommendation of United States Magistrate Judge

M. Faith Angell filed January 23, 2007; upon consideration of

Plaintiff's Complaint, defendant's Answer and after a thorough

review of the record in this matter; it appearing that neither

party filed objections to Magistrate Judge Angell's Report and

Recommendation; it further appearing that Magistrate Judge

Angell's Report and Recommendation correctly determined the legal

issues presented in this case,

IT IS ORDERED that Magistrate Judge Angell's Report and

Recommendation is approved and adopted.

---

[1]     I note that Michael J. Astrue has succeeded Jo Anne B. Barnhart as
Commissioner of the Social Security Administration.  Because this action was
brought against defendant Barnhart solely in her representative capacity and
the real party in interest is the Social Security Administration, the change
in Commissioners will have no effect upon the merits of this action.

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment is granted.

IT IS FURTHER ORDERED that defendant's Motion for Summary Judgment is denied.

IT IS FURTHER ORDERED that, consistent with the Report and Recommendation, this matter is remanded to the Commissioner of Social Security for the Administrative Law Judge to: (1) more throughly explain how she reached her conclusions of credibility determination and what caused her to accept portions of Mr. and Mrs. DiFeliciantonio's testimony as substantial evidence of no disability and to discount other portions of their testimony which supported a finding of disability; and (2) address Finding No. 9 that there are significant jobs in the national economy that plaintiff could perform, in light of the vocational expert's testimony that sufficient productivity is required by the employer and that the jobs require reliable attendance and cannot be performed if someone were so anxious that he had to terminate working.

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:


/s/ JAMES KNOLL GARDNER
James Knoll Gardner
United States District Judge

-2-